

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

Gerald C. Mann
ATTORNEY GENERAL

Hon. T. M. Trimble
First Assistant State Super-
intendent Public Instruction
Austin, Texas

Opinion No. O-3352

Re:  Annexation of Territory
     to Junior College District

Dear Sir:

　　　　We are in receipt of your request for an opinion of
March 28, 1941, concerning a junior college district for Galves-
ton County, which is accompanied by letters from the County
School Superintendent and President of the Board of Trustees of
the City of Galveston.

　　　　It appears that the City of Galveston many years ago
assumed control of the public schools within its limits and in
1935 created by vote of its citizens, as provided in Article
2815h, Vernon's Texas Civil Statutes, a Junior College District
within said city.  Subsequently, an attempt to vote a maintenance
tax for the Junior College District was defeated and the Junior
College for that reason has not functioned as such.  A movement
has been instituted to bring this Junior College District into
operation and also extend it so as to include the remainder of the
County outside the City of Galveston.  Several questions are asked
concerning the procedure to be followed with reference to Sections
4 and 17, of Article 2815h, Vernon's Texas Civil Statutes, however
we think the procedure set in Section 21 of said statute adequate-
ly disposes of the various inquiries.

　　　　Section 21 of Article 2815h, Vernon's Texas Civil Stat-
utes, reads as follows:

　　　　"Sec. 21.  (Annexation of districts to junior
　　college district.)-  An independent school district,
　　or districts, a common school district or districts,
　　may be annexed to a junior college district for
　　junior college purposes only, by an election as pro-
　　vided in Section 2 hereof, upon petition of five per
　　cent of the property taxpaying voters in such district
　　or districts seeking to be annexed, provided further
　　that such annexation shall have been previously ap-
　　proved by the board of trustees of the junior college
　　district and provided further that election for such
　　annexation shall be called and the results canvassed

and declared by the county board of education
or the county commissioners's court of the county,
in case there is no county board of education,
provided further that the territory included in
such annexed district shall thereby assume its
share or any outstanding bonded indebtedness of
the junior college district, in proportion to the
assessed valuation within the said district, and
shall also become liable for taxes for maintaining
the junior college."

It is our opinion that a junior college district includ-
ing all the territory in Galveston County may be formed by follow-
ing the annexation procedure provided in the above quoted statute.
It would also be necessary, of course, to vote a maintenance tax
for said district.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /c/ Cecil C. Cammack
Cecil C. Cammack, Assistant

APPROVED MAY 7, 1941
/s/ Grover Sellers
FIRST ASSISTANT ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
BY:       BWB, CHAIRMAN

CCC:lh:wb